UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROSEMARY WILLIAMS, ET AL

VERSUS  CIVIL ACTION NO.: 09-368-JVP-CN

TIPPY R. WEBB

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated July 29, 2009 (doc. 4). Plaintiff, Rosemary Williams, has filed an objection which merely restates legal argument and does not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, this matter shall be **DISMISSED WITH PREJUDICE**

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, August 31, 2009.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA